**MARKS & KLEIN, LLP**
63 Riverside Avenue
Red Bank, NJ 07701
Justin M. Klein, Esq. (JMK9221)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HEITS BUILDING SERVICES, INC.<br><br>Plaintiff,<br><br>vs.<br><br>GREGORY C. ERVASTI and G and D SERVICES, INC.<br><br>Defendants. | Civil Action No.:<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Heits Building Services, Inc., by and through its attorneys, Marks & Klein, LLP, aver and state the following:

1. There are no parent corporations to Heits Building Services, Inc.

2. There are no publicly held corporations that own 10% or more of that own 10% or more of Heits Building Services, Inc.'s stock.

November 22, 2010

_____
Justin M. Klein
MARKS & KLEIN, LLP
63 Riverside Avenue
Red Bank, New Jersey 07701
(732) 747-7100

1